UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jessica Davis o/b/o TBS, | ) | Civil Action No. 5:15-cv-03674-KDW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

On September 15, 2015, Plaintiff, proceeding pro se, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on April 4, 2016. ECF Nos. 31, 32. Plaintiff's brief in support of her appeal was due by May 9, 2016. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 20. To date, however, Plaintiff has not filed her brief, nor has she communicated with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **May 31, 2016**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

In the event Plaintiff wishes to proceed with this action, her brief should contain the following items, under the headings and in the order indicated below:

(a) A statement of the *issues presented for review*, set forth in separately numbered paragraphs.

(b) A *statement of the case*. This statement should briefly indicate the course of the proceeding and its disposition at the administrative level and should set forth a general statement of the facts. The statement of the facts should include Plaintiff's age, education, work experience, if relevant, and a summary of other evidence of record. Each statement of fact should be supported by reference to the page in the administrative record where the evidence may be found.

(c) An *argument*. The argument may be preceded by a summary. The argument shall be divided into sections separately addressing each issue and must set forth Plaintiff's contentions with respect to the issues presented and the reasons for

Plaintiff's position on the issue. Each contention must be supported by specific reference to the portion of the record relied upon and by citations to statutes, regulations, and cases supporting Plaintiff's position. Cases from other districts and circuits should be cited only in conjunction with relevant cases from this jurisdiction or if authority on point from this jurisdiction does not exist.

(d) A short *conclusion* stating the relief sought.

The issues before the court are limited to the issues properly raised in the briefs.

IT IS SO ORDERED.

May 16, 2016  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

2