UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jessica Davis o/b/o TBS, ) | | C/A No. 5:15-cv-03674-KDW |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| ) | | |
| Commissioner of the Social Security ) | | |
| Administration, ) | | |
| ) | | |
| Defendant. ) | | |

This case is before the undersigned United States Magistrate Judge for consideration of the Motion to Remand pursuant to 405(g) filed by the Defendant, the Commissioner of the Social Security Administration. ECF No. 38. In the Motion, Defendant requests this court to enter an order reversing the Social Security decision that Plaintiff appealed in this case and remanding the case for further administrative proceedings. *Id*. In support of the Motion, Defendant states that the issue in this case is Plaintiff's and her son's entitlement to Supplemental Security Income benefits and asserts that "[o]n remand, the Appeals Council will send the claim to an administrative law judge (ALJ) for further administrative proceedings, including an opportunity for a hearing and a new decision." ECF No. 38-1 at 1.

Having considered the contents of Defendant's Motion, the undersigned finds that it should be granted. Accordingly, the Commissioner's unfavorable decision that is the subject matter of this case is hereby vacated and the case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The 30-day period for a timely application for attorneys' fees under the Equal Access to Justice Act will run from the date this Order is entered.

IT IS SO ORDERED.

July 1, 2016  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

2